UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>                      -v.-<br><br>ROBERT ALEXANDER, and KIZZANG, LLC,<br><br>                      Defendants. | 19 Civ. 1161 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      Due to a scheduling conflict, the initial pre-trial conference previously scheduled for May 29, 2019, is hereby ADJOURNED to **June 10, 2019, at 3:30 p.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  May 13, 2019
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge