UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Plaintiff,

                -v.-

ROBERT ALEXANDER, and KIZZANG,
LLC,

                              Defendants.

19 Civ. 1161 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiff United States Securities and Exchange Commission ("SEC")

filed this action against Defendants Robert Alexander and Kizzang LLC on

February 7, 2019. (Dkt. #1). On June 1, 2019, Defendant Alexander asked

the Court to stay this matter pending the resolution of his criminal case,

*United States* v. *Robert Alexander*, No. 19 Cr. 164 (ALC) (S.D.N.Y.). (Dkt. #17).

On June 11, 2019, the Court ordered this matter stayed pending the

resolution of Alexander's criminal case, and ordered Alexander to submit a

letter updating the Court on the status of his criminal case every 90 days.

(Dkt. #18). On September 5, 2019, Alexander filed his first status update

letter with the Court indicating that his criminal case was set for trial on

February 24, 2020. (Dkt. #19). The Court endorsed that letter on

September 11, 2019, ordering Alexander to submit another status update

letter by December 10, 2019. (Dkt. #20). On December 6, 2019, the Court

received a letter from Alexander stating that his criminal case was still

scheduled to proceed to trial on February 24, 2020. (Dkt. #21). The Court

endorsed that letter on December 11, 2019, and ordered Alexander to

provide the Court with another letter regarding the status of his criminal case by the later of March 10, 2020, or one week after a verdict or disposition in his criminal case. (Dkt. #22).

To date, the Court has not received a letter from Alexander. However, the Court has reviewed the docket in Alexander's criminal case and notes that it reflects that on January 8, 2020, Alexander pleaded guilty to Counts (1) and (2) of the Indictment against him. (*See United States* v. *Robert Alexander*, 19 Cr. 164 (ALC), Minute Entries for 1/8/20). Alexander's sentencing is currently scheduled for May 7, 2020. (*See id.*).

Given that Alexander's criminal case has been resolved, the Court sees no reason to keep this case stayed. The parties are hereby ORDERED to provide a letter to the Court on or before April 24, 2020, informing the Court as to how they would like this case to proceed.

SO ORDERED.

Dated: April 1, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

A copy of this Order was mailed by Chambers to:

Robert Alexander
43 B Glen Cove Road
#336
Greenvale, NY 11548