UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

-v.-

ROBERT ALEXANDER, and KIZZANG, LLC,

                Defendants.

19 Civ. 1161 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 26, 2020, the Court ordered Defendants to file an answer or otherwise respond to the complaint in this action by June 30, 2020. (Dkt. #29). On June 29, 2020, the Court granted Defendants request for a 30-day extension of their time to respond to the complaint. (Dkt. #32). On July 30, 2020, Defendants filed a joint answer to the complaint in this action. (Dkt. #34).

Accordingly, the parties are hereby ORDERED to confer and submit a proposed case management plan and scheduling order to the Court on or before **August 7, 2020**.

SO ORDERED.

Dated:   July 31, 2020
          New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge