UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
:
:
                Plaintiff, :      19-CV-1161 (JPC)
:
   -v-                                                :      <u>ORDER</u>
:
ROBERT ALEXANDER and KIZZANG, LLC, :
:
                Defendants. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

JOHN P. CRONAN, United States District Judge:

      In the joint letter dated October 29, 2020, the parties indicated that Plaintiff was interested in a settlement conference before a Magistrate Judge. (Dkt. 40.) If at any time prior to the close of discovery, both parties agree that referral for such a settlement conference would be helpful, the parties shall submit a joint letter informing the Court.

      SO ORDERED.

Dated: December 11, 2020
       New York, New York

                                                         JOHN P. CRONAN
                                                 United States District Judge