UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
 :
                      Plaintiff, :      19-CV-1161 (JPC)
 :
        -v- :      ORDER
 :
ROBERT ALEXANDER and KIZZANG, LLC, :
 :
                      Defendants. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    At the August 23, 2021, conference, the Court ordered the parties to "submit a joint letter updating the Court on the status of this case by November 22, 2021 or at an earlier date if the *Fatico* hearing is held before November 22, 2021." The parties have failed to comply with that order. By December 3, 2021, the parties shall file a joint letter updating the Court on the status of this case.

    SO ORDERED.

Dated: November 26, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge