UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>ROBERT ALEXANDER and KIZZANG, LLC,<br><br>       Defendants. | 19-CV-01161 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.

It is ORDERED that the stay of this matter is lifted. Additionally, counsel for all parties shall appear for a status conference with the Court on **March 3, 2025**, at **2:30 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are ORDERED to file on ECF a joint letter, outlining their respective positions about how this case should proceed in light of Defendant Alexander's passing, including what discovery remains to be conducted and whether there are any contemplated motions, no later than **February 24, 2025**.

Dated: January 31, 2025
   New York, New York

                       _____
                        JEANNETTE A. VARGAS
                        United States District Judge