THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALEXANDER and KIZZANG, LLC,<br><br>Defendants. | Case No. 19-CV-01161-JAV |

## ORDER

Upon the unopposed motion of Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Federal Rule of Civil Procedure 41(a)(2), for voluntary dismissal of all claims in this matter as to defendants Robert Alexander ("Alexander") and Kizzang LLC ("Kizzang"), respectively, and good cause appearing,

IT IS HEREBY ORDERED that all claims brought against Alexander and Kizzang in the Commission's February 7, 2019 Complaint (Dkt. No. 1) are hereby dismissed, with prejudice. The Clerk of Court is directed to terminate all pending motions and close the case.

Date: July 11, 2025
New York, New York

_____
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE